October12,2021

Karen Hylton

602 Blandford ST  #1

Rockville, M.D. 20850

        VS.

Mayor Muriel Bowser

1350 Pennsylvania Ave. N.W.

Washington. D.C. 20004

Case: 1:21–cv–02673
Assigned To : Unassigned
Assign. Date : 10/12/2021
Description: Pro Se Gen. Civ. (F–DECK)

D.C. Office of Risk Management (ORM)

441 th Street N.W. Suite 800 South

Washington D.C, 20001

 District of Columbia, Metropolitan Police Department

Officer Not Yet Known

On November 14 ,2020 . I was on 5th and Kennedy Street N.W. Two officer were patrolling the area and saw me. The officer circled the parking lot when seeing me, they parked across the street and got out the   van and approach  me with some other friends who were outside as well. The officer as ked me if I lived at the house that I was currently spray painting. I said to the officer you to turn your body camera on before approaching me. The officer turned the body camera on and then proceeded to ask again do I live at the house. As I went to say yes again the officer immediately with force grabbed my right arm, and twisted it and slammed me against the wall and began to kneeing me in my leg and sid.  The other officer begin to get involved which caused a complete comossion as the gentleman whom was outside with me tried to diffusing the situation. Then out of nowhere there were about 15 more officers who ran up as if this was planned attacked.

Under 23rd Amendant of Civil Rights Acts, on 12/19/2020 I was violated. I was attending a peaceful protest on behalf of my son Karon Hylton   whom the Washington D.C police offices Sutton and several of his friends had murdered., I was using a bull horn  shouting and asking Justin the police chief to come outside and answer my question at hand. The police station was barricaded and had up barriers I went over the barrier walked up to the physical building alone.   Justin began to point at me and it was a repeated ideal of what he did in a previous video of pointing people out on October 31,2020.

RECEIVED

OCT 1 2 2021

Clerk, U.S. District and
Bankruptcy Courts

Officer came directly out of the building and violently grabbed and snatched me while beating the shit out of me this was caught on video camera.  The District Of Columbia is liable for the acts and omission above, including by their Police Department  and their official employees and claims is being bought in the amount of 20,000,000.


Sincerely,

Karen Hylton