October 12, 2021

Karen Hylton

602 Blandford ST #1

Rockville, M.D. 20850

   VS.

Mayor Muriel Bowser

1350 Pennsylvania Ave. N.W.

Washington. D.C. 20004

District of Columbia

Metropolitan Police Department

Officers Christopher Delisi 11347

officer Keton Valcin 11730# 5773

Officer Renia Lane 11199

Lt Jason Bagshaw

                Complaint

On November 14, 2020 . I was on 5th and Kennedy Street N.W. Two officers Christopher Delis and officer Keton Valcin were patrolling the area and saw me. The officer circled the parking lot when seeing me, they parked across the street and got out the van and approach me with some other friends who were outside as well. The officer as ked me if I lived at the house that I was currently spray painting. I said to the officer you to turn your body camera on before approaching me. The officer turned the body camera on and then proceeded to ask again do I live at the house. As I went to say yes again the officer immediately with force grabbed my right arm, and twisted it and slammed me against the wall and began to kneeing me in my leg and sid. The other officer begins to get involved which caused a complete commotion as the gentleman whom was outside with me tried to diffusing the situation. Then out of nowhere there were about 15 more officers who ran up as if this was planned attacked.

Under 23rd Ammendant of Civil Rights Acts, on 12/19/2020 I was violated. I was attending a peaceful protest on behalf of my son Karon Hylton whom the Washington D.C police offices Sutton and several of his friends had murdered., I was using a bull horn shouting and asking Jason the police LT to come outside and answer my question at hand. The police station was barricaded and had up barriers I went over the barrier walked up to the physical building alone. Jason began to point at me and it was a repeated ideal of what he did in a previous video of

1

pointing people out on October 31,2020.

Officer instructed by LTJason Bagshaw several officer including officer Renia Lane came directly out of the building and violently grabbed and snatched me while beating the shit out of me this was caught on video camera. I am requesting the firing of said officers in both incident to be should be held responsible for their actions and the violence and violation of my civil rights The District Of Columbia is liable for the acts and omission above, including by their Police Department and their official employees and claims is being bought in the amount of 20,000,000.

Sincerely,

Karen Hylton

RECEIVED
2021 DEC 23 P 4:07
US DISTRICT & BANKRUPTCY
COURTS FOR DC
CLERK

2