**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KAREN HYLTON | 21-cv-02673-JMC |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA | Amended Complaint & Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
D.C. ATTORNEY GENERAL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 6th Street, NW, Washington, DC 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KAREN HYLTON
602 Blandford St #1
Rockville, MD 20850

- Number of process to be served with this Form 285: 2
- Number of parties to be served in this case: 2
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [x] PLAINTIFF [ ] DEFENDANT
/s/ Natalie Guerra
TELEPHONE NUMBER: (202) 354-3120
DATE: 2/4/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

- Total Process: 2/2
- District of Origin No.: A16
- District to Serve No.: A16
- Signature of Authorized USMS Deputy or Clerk: Ryan Owens
- Date: 02/07/2022

I hereby certify and return that I [ ] have personally served, [x] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 2/9/2022   Time: 3:46 [x] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy: 32017

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Certified mail.

**RECEIVED**
MAR - 8 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KAREN HYLTON | 21-cv-02673-JMC |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA | Amended Complaint & Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
D.C. MAYOR
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1350 Pennsylvania Ave. NW Suite 407 Washington, DC 20004

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| KAREN HYLTON<br>602 Blandford St #1<br>Rockville, MD 20850 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Natalie Guerra
TELEPHONE NUMBER: (202) 354-3120
DATE: 2/4/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1/2 | District of Origin: No. A16 | District to Serve: No. A16 | Signature of Authorized USMS Deputy or Clerk: Ryan Owens | Date: 02/07/2022 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 2/9/2022   Time: 3:46 pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy
3207

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Certified mailed.

RECEIVED
MAR - 8 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21