# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HYLTON,<br><br>*Plaintiff*,<br><br>v.<br><br>MURIEL BOWSER, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02673-JMC |

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

With Plaintiff's consent, Defendant District of Columbia (the District) moves under Fed. R. Civ. P. 6(b)(1) for a 12-day extension to answer or otherwise respond to Plaintiff's Second Amended Complaint [21], from June 9, 2022, until and including June 21, 2022. Plaintiff's amended pleadings added Officer Christopher Delisi as an individual defendant and, according to Plaintiff, Delisi was served on May 31, 2022. Officer Delisi's responsive pleading deadline is June 21, 2022. Undersigned counsel represents the District and Officer Christopher Delisi and requests this extension to unify all defendants' responsive pleading deadline.

A memorandum of points and authorities and a proposed order are attached for the Court's consideration.

Date:  June 7, 2022                  Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Alicia M. Cullen
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

/s/ Katrina Seeman
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
KATRINA SEEMAN [1671729]
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  (202) 724-6607
Fax:  (202) 724-5917
Email:  katrina.seeman@dc.gov

*Counsel for Defendants District of Columbia and Officer Christopher Delisi*

## LCvR 7(m) CERTIFICATION

I certify that, on June 6, 2022, I emailed Plaintiff's counsel who represented that Plaintiff consents to the relief sought in this Motion.

/s/ Katrina Seeman
KATRINA SEEMAN
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HYLTON, <br><br> *Plaintiff*, <br><br> v. <br><br> MURIEL BOWSER, *et al.*, <br><br> *Defendant*. | Civil Action No. 1:21-cv-02673-JMC |

**MEMORANDUM OF POINTS IN AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant District of Columbia (the District) requests a 12-day extension of time to respond to Plaintiff's Second Amended Complaint [21], from June 9, 2022, until and including June 21, 2022.  On April 21, 2022, the Court ordered Plaintiff to file her Second Amended Complaint by May 19, 2022, and set Defendants—then including the District, Muriel Bowser, and the Metropolitan Police Department (MPD)—to respond by June 9, 2022.  Apr. 21, 2022 Min. Or.  As instructed, Plaintiff filed her amended pleadings on May 19, 2022.  *See* Pl.'s Second Am. Compl. [21].  Plaintiff removed Muriel Bowser and MPD as defendants but added MPD Officer Christopher Delisi as an individual defendant.  *Id.*  According to Plaintiff, Officer Delisi was served on May 31, 2022 [24], and his responsive pleading is due June 21, 2022.  *See* Fed. R. Civ. P. 12(a)(1)A)(i).  Undersigned counsel–who represents both the District and Officer Delisi—represents this extension to unify Defendants' responsive pleading deadlines in the interest of party and judicial economy.

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time."  The District moves for an

extension before the expiration of the current June 9, 2022 deadline.  *See* Apr. 21, 2022 Min. Or. And for the reasons outlined above, good cause supports the District's request.  No party will be prejudiced by this extension, and Plaintiff consents to the Motion.

Date:  June 7, 2022            Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

*/s/ Katrina Seeman*
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
KATRINA SEEMAN [1671729]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone:  (202) 724-6607
Fax:  (202) 724-5917
Email:  katrina.seeman@dc.gov

*Counsel for Defendants District of Columbia and Officer Christopher Delisi*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HYLTON,<br><br>*Plaintiff*,<br><br>v.<br><br>MURIEL BOWSER, *et al.*,<br><br>*Defendant*. | Civil Action No. 1:21-cv-02673-JMC |

## **ORDER**

Upon consideration of Defendant District of Columbia's Consent Motion to Enlarge the Time to Respond to Plaintiff's Second Amended Complaint, and for good cause shown, it is this ___day of _____, 2022, hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant District of Columbia shall respond to Plaintiff's Second Amended Complaint on or before June 21, 2022.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge